# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DARRYL ANDERSON,** | : | |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | **NO. 2:12-cv-03632-WY** |
| | : | |
| **ROBERT McGRODY,** | : | |
| **Defendant.** | : | |

## DEFENDANT'S PROPOSED VERDICT SHEET

The defendant, Police Officer Robert McGrody, by and through his attorneys, submits the following proposed verdict sheet.

Respectfully submitted,

BY:  /s/ Matthew K. Hubbard
Niya Blackwell
Divisional Deputy City Solicitor
Matthew Kevin Hubbard
Senior Attorney
City of Philadelphia Law Department
1515 Arch Street, 14th Floor
Philadelphia, PA 19102
(215) 683-5391 (direct dial)
(215) 683-5397 (fax)
Date:  March 17, 2015        niya.blackwell@phila.gov
matthew.hubbard@phila.gov

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| DARRYL ANDERSON, | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | NO. 2:12-cv-03632-WY |
| | : | |
| ROBERT McGRODY, | : | |
| Defendant. | : | |

## VERDICT SHEET

## QUESTION 1: EXCESSIVE FORCE

Do you find that the plaintiff, Darryl Anderson, has proven by a fair preponderance of the evidence that the defendant, Police Officer Robert McGrody, used unreasonable force on July 1, 2010, in violation of the plaintiff's Fourth Amendment rights?

YES _____          NO _____

**If you answered "No" to this Question, you have completed your deliberations and must return to the courtroom with a verdict in favor of the defendant. If you answered "Yes," proceed to Question 2.**

## QUESTION 2: ASSAULT AND BATTERY

a. Do you find the plaintiff has proved by a preponderance of the evidence that the defendant committed the intentional tort of assault knowing that his conduct was unlawful?

YES _____          NO _____

b. Do you find the plaintiff has proved by a preponderance of the evidence that the defendant committed the intentional tort of battery knowing that his conduct was unlawful?

YES _____          NO _____

**Proceed to Question 3.**

## QUESTION 3: INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS

Do you find the plaintiff has proved by a preponderance of the evidence that the defendant's conduct on July 1, 2010, was extreme and outrageous, causing the plaintiff severe emotional

distress, and that the defendant knew that his conduct was unlawful?

YES _____    NO _____

**Proceed to Question 4.**

**QUESTION 4: <u>DAMAGES</u>**

What amount of money, if any, in accordance with the Court's instructions, will reasonably compensate the plaintiff?

$_____

*PLEASE RETURN TO THE COURTROOM.*

THIS IS OUR TRUE VERDICT:

Date: _____    _____
                                                            **Jury Foreperson**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | | |
|---|---|---|---|
| **DARRYL ANDERSON,** | | : | |
| | **Plaintiff,** | : | |
| | | : | |
| **v.** | | : | **NO. 2:12-cv-03632-WY** |
| | | : | |
| **ROBERT McGRODY,** | | : | |
| | **Defendant.** | : | |

## CERTIFICATE OF SERVICE

I hereby certify that on the date below the foregoing Defendant's Proposed Verdict Sheet has been filed on ECF and is available for viewing and downloading to Plaintiff's counsel of record.

Date: <u>March 17, 2015</u>

<u>/s/ Matthew K. Hubbard</u>
Matthew Kevin Hubbard
Senior Attorney
Pa. Attorney ID No. 44110
City of Philadelphia Law Department
1515 Arch Street, 14th Floor
Philadelphia, PA 19102
(215) 683-5391 (tel)
(215) 683-5397 (fax)
matthew.hubbard@phila.gov