IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DARRYL ANDERSON** | : | **CIVIL ACTION** |
| **Plaintiff,** | : | |
| VS. | : | |
| | : | |
| **POLICE OFFICERS ROBERT McGRODY** | : | **NO: 12-3632** |
| | : | |
| | : | |
| **Defendants** | : | |
| | : | |
| | : | |

**DEFENDANT'S RESPONSE IN OPPOSITON TO PLAINTIFF'S MOTION IN LIMINE**

Defendant, Police Officer Robert McGrody, by and through the undersigned counsel, hereby responds to Plaintiff's Motion in Limine as follows:

1. **PLAINTIFF'S PRIOR CONVICTIONS**

Defendant does not intend to introduce evidence of Plaintiff's prior convictions. By way of further answer, Defendant should be permitted to introduce evidence of prior convictions in the event Plaintiff opens the door to such evidence.

2. **PLAINTIFF'S CONVICTION OF CHARGES RELATED TO THE UNDERLYING CLAIM**

As a result of the incident which is the subject of this litigation, Plaintiff was convicted of Simple Assault, Resisting Arrest, Disorderly Conduct –Engaging in Fighting and Harassment. The Simple Assault convicted was later overturned but the other convictions remained. While the Defendant does not intend to offer into evidence Plaintiff's conviction of Simple Assault, we

do intend to offer evidence that Plaintiff assaulted Officer McGrody and tried to take his ASP from him. This evidence is relevant and Defendant should be permitted to offer it into evidence.

Under Federal Rule of Evidence 401, relevant evidence is described as, "evidence having any tendency to make the existence of any fact that is of consequence to the determination of the action more or less probable than it would be without the evidence".  Additionally, Plaintiff was convicted of resisting arrest, disorderly conduct – engaging in fighting - and harassment , and the officer should not be precluded from testifying that Plaintiff tried to disarm him. The severity of the crime at issue is a relevant factor in determining the reasonableness of the officer's force. If the Defendant is not permitted to introduce this evidence, he will be severely prejudiced.

Based on the foregoing, Plaintiff's Motion should be denied.

Respectfully submitted,

Date:   March 20, 2015                BY: */s/ Niya L. Blackwell*
                                      NIYA L. BLACKWELL
                                      Deputy City Solicitor
                                      14th Floor, One Parkway Building
                                      1515 Arch Street
                                      Philadelphia, PA  19102-5397

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DARRYL ANDERSON** | : | **CIVIL ACTION** |
| **Plaintiff,** | : | |
| VS. | : | |
| | : | |
| **POLICE OFFICERS ROBERT McGRODY,** | : | NO: 12-3632 |
| | : | |
| | : | |
| **Defendants** | : | |
| | : | |
| | : | |

## CERTIFICATE OF SERVICE

       I hereby certify that on this date, a true and correct copy of Defendant's Motion in Limine was filed via ECF and is available for viewing and downloading via the ECF system. I further certify that I directed that a copy of the same should be served upon counsel for the plaintiff, via first class mail, postage prepaid, as follows:

**TO:**      Stephen O'Hanlon, Esquire
              2 Penn Center, Suite 1850
              1500 John F. Kennedy Blvd.
              Philadelphia, PA  19102

Date: March 20, 2015

                                          Sincerely,

                                          /s/ *Niya L. Blackwell*
                                          NIYA L. BLACKWELL
                                          Deputy City Solicitor